# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-cr-00022-TWP-VTW |
| | ) | No. 4:13-cr-00006-TWP-VTW |
| BILLY JOE DUGARD, | ) | No. 4:13-cr-00007-TWP-VTW |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 25, 2021, the Magistrate Judge submitted his Report and Recommendation regarding the pending United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision. The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 10/26/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Patrick J. Renn
prenn@600westmain.com

Lauren Wheatley
UNITED STATES ATTORNEY'S OFFICE (Evansville)
lauren.wheatley@usdoj.gov